**2010–0931. State ex rel. Clutter v. Wiseman.**
Crawford App. No. 3–10–07. Reported at 127 Ohio St.3d 214, 2010-Ohio-4987, 938 N.E.2d 328. On motion for reconsideration. Motion denied.

**2010–1069. State ex rel. Barr v. Pittman.**
Portage App. No. 2010–P–0006, 2010-Ohio-2293. Reported at 127 Ohio St.3d 32, 2010-Ohio-4989, 936 N.E.2d 43. On motion for reconsideration. Motion denied.

**2010–1241. State ex rel. Thomas v. DeWine.**
Hamilton App. No. C–100352. Reported at 127 Ohio St.3d 214, 2010-Ohio-4984, 938 N.E.2d 328. On motion for reconsideration. Motion denied.

**2010–1265. State v. Moore.**
Cuyahoga App. No. 85828, 2010-Ohio-1569. Reported at 126 Ohio St.3d 1616, 2010-Ohio-5101, 935 N.E.2d 854. On motion for reconsideration. Motion denied.

BROWN, C.J., dissents and would accept the appeal on Proposition of Law No. II and hold the cause for the decision in 2010–0659, *State v. Estrada–Lopez,* Butler App. No. CA2008–12–291, 186 Ohio App.3d 328, 2010-Ohio-732.

O'DONNELL, J., dissents.

CUPP, J., dissents and would accept the appeal and hold the cause for the decision of the United States Supreme Court in *Bullcoming v. New Mexico.*

**2010–1502. Means v. State.**
Cuyahoga App. Nos. 92937, 92943, and 92944. Reported at 126 Ohio St.3d 1619, 2010-Ohio-5101, 935 N.E.2d 856. On motion for reconsideration. Motion denied.

O'DONNELL and CUPP, JJ., dissent.

**2010–1526. State ex rel. North v. Hendon.**
In Mandamus. Reported at 126 Ohio St.3d 1614, 2010-Ohio-5101, 935 N.E.2d 853. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

## *December 30, 2010*

[Cite as *12/30/2010 Case Announcements,* 2010-Ohio-6467.]

# MOTION AND PROCEDURAL RULINGS

**2010–2171. State ex rel. Sanborn v. Bd. of Tax Appeals.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for a writ of mandamus and procedendo. Upon consideration of relators' motion to expedite a writ of mandamus and procedendo,
It is ordered by the court that the motion to expedite is denied.

# RECONSIDERATION OF PRIOR DECISIONS

**2010–1445. Columbus v. Abdulshafi.**
Franklin App. No. 09AP–903, 2010-Ohio-3021. Reported at 127 Ohio St.3d 1446, 2010-Ohio-5762, 937 N.E.2d 1036. On motion for reconsideration. Motion denied.